UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 1:09-CR-116 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| WALTER WILLIAMSON ) | |
| ) | |

## **O R D E R**

On September 30, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Walter Williamson's ("Defendant") plea of guilty to Count One of the Indictment, the lesser included offense of conspiracy to distribute 50 kilograms or more of marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841 (b)(1)(C), in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment, the lesser included offense of conspiracy to distribute 50 kilograms or more of marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841 (b)(1)(C); (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant be released on bond pending sentencing in this matter (Court File No. 30). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, the lesser included offense of conspiracy to distribute 50 kilograms or more of marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841 (b)(1)(C), in exchange for the undertakings made by the government in the

written plea agreement is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment, the lesser included offense of conspiracy to distribute 50 kilograms or more of marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841 (b)(1)(C);

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL BE RELEASED ON BOND** pending sentencing on **Thursday, January 21, 2010, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**