MEMORANDUM

**FILED**

**TO**: Honorable John M. Rogers
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

2010 JAN 27 A 10: 40

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

**FROM**: Chief U.S. District Judge Curtis L. Collier

**SUBJECT**: Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation**: USA vs Walter Williamson - Case No. 1:09-cr-116

**Name of Expert or Investigator**: Denis L. Bakkom

**Address**: P.O. Box 17446, Chattanooga, TN 37415. Telephone: 423-874-0624

**Type of Expert**: Investigative Services

**Reason for Application**: The reason for the application is set out in the attached Second Motion for Authorization for Additional Investigative Services and Affidavit. Counsel for defendant has advised further investigation services will require an additional cost of $500.00 for a total approved amount of $2,100.00.

**Estimated Compensation**. $2,100.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $500.00.

_Curtis L. Collier_
Chief U.S. District Judge Curtis L. Collier          Date

_John M Rogers_
Honorable John M. Rogers          JAN 2 1 2010
U.S. Court of Appeals          Date

Case 1:09-cr-00116-CLC-WBC   Document 52   Filed 01/27/10   Page 1 of 1   PageID #: 130